IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR OSCEOLA
COUNTY, FLORIDA

CASE NO:

SHEILA MILES,

    Plaintiff,

v.

BATH & BODY WORKS, LLC, a Foreign
Limited Liability Company,

    Defendant.

_____/

## COMPLAINT

Plaintiff, SHEILA MILES, by and through his/her undersigned attorneys, sues the Defendant, BATH & BODY WORKS, Foreign Limited Partnership, and states as follows:

1) This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, Plaintiff, SHEILA MILES, was a natural person residing in Orlando, Orange County, Florida.

3) At all times material to this action, Defendant, BATH & BODY WORKS, a Limited Liability Company, licensed to do business and with a location in Osceola County, Florida.

4) At all times material to this action, Defendant, BATH & BODY WORKS, was in possession and control of a retail establishment located at 2639 W. Osceola Parkway, SP B 27, Kissimmee, Florida.

5) On or about February 12, 2020, while Plaintiff, SHEILA MILES, was lawfully on Defendant's premises located at the above address as a business invitee, Plaintiff, SHEILA MILES, slipped on a transitory substance, and, as a consequence, Plaintiff, fell forcefully to the ground and sustained severe bodily injury.



6)       Defendant, BATH & BODY WORKS, had a duty to its invitees, including Plaintiff, SHEILA MILES, to maintain its premises, including the floors, in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7)       At the above time and place, Defendant, BATH & BODY WORKS, breached its duties owed to Plaintiff, SHEILA MILES, by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the floor, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff.

   b. Negligently failing to inspect or adequately inspect the cleanliness of the floor, as specified above, to ascertain whether the transitory substance on the floor constituted a hazard to pedestrians utilizing said floor, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

   c. Negligently failing to warn or adequately warn Plaintiff of the danger of the transitory substance on the floor, when the Defendant knew or through exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of the same; and

   d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the transitory substance on Defendant's premises, when this condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8.       As a direct and proximate result of the negligence of Defendant, BATH & BODY WORKS, Plaintiff, SHEILA MILES, suffered bodily injury in and about is body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental

anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, SHEILA MILES, sues Defendant, BATH & BODY WORKS, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiff, SHEILA MILES, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 3rd day of February, 2022.

/s/ Brian W. Rush
Brian W. Rush, Esquire
Florida Bar Number: 92015
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407) 203-6625
Fax: (321) 251-2485
Attorneys for Plaintiff
Brian.Rush@newlinlaw.com
andrea.ruiz@newlinlaw.com
Rush.Pleadings@newlinlaw.com