IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF FLORIDA

SHEILA MILES,   CASE NO: 6:22-cv-422

    Plaintiff,

vs.

BATH & BODY WORKS, LLC, a Foreign
Limited Liability Company

    Defendant.

_____/

## NOTICE FOR SETTLEMENT

COMES NOW, Plaintiff's Notice of Settlement regarding the above-mentioned parties. There was an amicable settlement agreement between the parties. Upon receipt of the settlement check, Plaintiff's counsel will file a Voluntary Dismissal with Prejudice in this case.

RESPECTFULLY submitted this 23rd day of January, 2023.

    */s/ Brian W. Rush*
    Brian W. Rush, Esquire
    Florida Bar Number: 92015
    Dan Newlin & Partners
    7335 W. Sand Lake Road, Suite 300
    Orlando, FL 32819
    Direct: (407) 203-6625
    *Counsel for Plaintiff*
    Brian.Rush@newlinlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF on January 3, 2023, and the foregoing document us being served this day on all counsel or parties of records on the below service list, via the means indicated below.

    */s/ Brian W. Rush*
    Brian W. Rush, Esq.
    Florida Bar No. 92015

CASE NO: 6:22-cv-422

## SERVICE LIST

Jaime A. Pozo, Esq.
Pozo-Diaz & Pozo, P.A.
**9260 Sunset Drive Suite 119**
**Miami, FL 33173**
*Counsel for Defendant*
Service Via E-Mail to:
jpozo@pdplawyers.com
eservice@pdplawyers.com