**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SHEILA MILES,

    Plaintiff,

v.                                                     Case No:   6:22-cv-422-RBD-DAB

BATH & BODY WORKS, LLC,

    Defendant.

_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement filed on January 23, 2023 (Doc. 25), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 26, 2023.

ROY B. DALTON JR.
United States District Judge